1

2

3

4

5

6

7
                        UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10
HARRY TU,                          )
11                                 )      2:06-cv-0038-GEB-PAN (JFM)
                    Plaintiff,     )
12                                 )      ORDER CONTINUING STATUS
        v.                         )      (PRETRIAL SCHEDULING)
13                                 )      CONFERENCE
SUNATEK, INC., and MICHAEL HAO     )
14 a/k/a KUN HAO,                  )
                                   )
15                  Defendants.    )
                                   )
16

17          The status (pretrial scheduling) conference scheduled in

18 this case for April 17, 2006, is rescheduled for September 11, 2006,

19 at 9:00 a.m., before which this action could be dismissed if

20 Plaintiff's status report does not indicate diligent prosecution of

21 this action.  Since Plaintiff's April 3, 2006, status report states

22 the only matter remaining for decision is the default of Defendants,

23 Plaintiff shall file a further status report no later than August 28,

24 2006, in which he explains only the status of the default matter.

25          IT IS SO ORDERED.

26 Dated:  April 10, 2006

27
                              /s/ Garland E. Burrell, Jr.
28                            GARLAND E. BURRELL, JR.
                              United States District Judge

                                   1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28