UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY TU, | 2:06-cv-0038-GEB-EFB |
| Plaintiff, | |
| | ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |
| v. | |
| SUNETEK, INC. and MICHAEL HAO, a/k/a KUN HAO, | |
| Defendants. | |

Since the Status (Pretrial Scheduling) Report submitted by Plaintiff on August 28, 2006, stated he would be filing a motion for default judgment noticed for hearing before the Magistrate Judge assigned to this case, and because the court record indicates Plaintiff has done so, the Status (Pretrial Scheduling) Conference scheduled for September 11, 2006, is rescheduled to commence at 9:00 a.m. on February 26, 2007.  Plaintiff shall file a further status report no later than February 12, 2007, in which he explains only the status of the default matter.

IT IS SO ORDERED.

Dated:  September 1, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge