IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRY TU,

      Plaintiff,                                   2:06-cv-0038-GEB-EFB

      vs.

SUNETEK, INC., et al.,

      Defendants.                             <u>ORDER</u>

_____/

      Plaintiff's motion for entry of default judgment came on regularly for hearing on September 13, 2006. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19) and 28 U.S.C. § 636(b)(1).

      On September 26, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

      1. The Findings and Recommendations filed September 26, 2006, are adopted in full;

1

2. Plaintiff's motion for entry of default judgment is granted; and

3. A permanent injunction is entered against defendants as follows: defendants (and their agents, employees, representatives, and all persons acting in concert or participating with them) are enjoined from copying, displaying, distributing, and creating derivative works based on any protected material from "Aldelo for Restaurants." Defendants are ordered to turn over to plaintiff or destroy all copies of the infringing Sunetek POS (including masters, tapes, film, negatives, discs, disc drives, digital media, or other articles by which copies of Sunetek can be reproduced).

Dated: January 16, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge